NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Kevin R. Lussier, State Bar No. 143821
klussier@veatchfirm.com
VEATCH CARLSON, LLP
1055 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90017
Tel.: (213) 381-2861

ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABS-CBN CORPORATION, a Philippines Corporation, et al.<br><br>Plaintiff(s),<br>v.<br>ROMULA ARANETA CASTILLO a/k/a JON CASTILLO<br><br>Defendant(s) | CASE NUMBER:<br>2:20-cv-01338<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___Plaintiffs___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ABS-CBN CORPORATION | Plaintiff |
| ABS-CBN FILM PRODUCTIONS, INC. dba STAR CINEMA | Plaintiff |
| ABS-CBN INTERNATIONAL | Plaintiff |
| PCD NOMINEE CORPORATION | Owns more than 10% stock in plaintiff ABS-CBN Corporation |
| ABS-CBN HOLDINGS CORPORATION | Owns more than 10% stock in plaintiff ABS-CBN Corporation |
| LOPEZ, INC. | Owns more than 10% stock in plaintiff ABS-CBN Corporation |
| ROMULA ARANETA CASTILLO a/k/a JON CASTILLO | Defendant |

February 10, 2020
Date

Kevin R. Lussier
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs