Kevin R. Lussier, State Bar No. 143821
klussier@veatchfirm.com
**VEATCH CARLSON, LLP**
1055 Wilshire Blvd, 11th Floor
Los Angeles, CA 90017
Tel: (213) 381-2861
Fax: (213) 383-6370

Attorneys for Plaintiffs,
ABS-CBN CORPORATION, a Philippines Corporation, ABS-CBN FILM PRODUCTIONS, INC. d/b/a STAR CINEMA, a Philippines Corporation, and ABS-CBN INTERNATIONAL, a California Corporation

# THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABS-CBN CORPORATION, a Philippines Corporation, ABS-CBN FILM PRODUCTIONS, INC. d/b/a STAR CINEMA, a Philippines Corporation, and ABS-CBN INTERNATIONAL, a California Corporation,<br><br>      Plaintiffs,<br>v.<br><br>ROMULA ARANETA CASTILLO a/k/a JON CASTILLO, an Individual,<br><br>      Defendant. | CIVIL ACTION NO. 2:20-cv-01338<br><br>**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiffs ABS-CBN Corporation, a Philippines Corporation, ABS-CBN Film Productions, Inc. d/b/a Star Cinema, a Philippines Corporation, and ABS-CBN International, a California Corporation, through its undersigned counsel, certify as follows:

Plaintiffs ABS-CBN International and ABS-CBN Film Productions, Inc. are subsidiaries of Plaintiff ABS-CBN Corporation and not publicly held.

PCD Nominee Corporation, a Philippines corporation, owns more than 10% of the stock of Plaintiff ABS-CBN Corporation.

ABS-CBN Holdings Corporation, a Philippines publicly traded corporation, owns more than 10% of the stock of Plaintiff ABS-CBN Corporation.

Lopez, Inc., a Philippines corporation, owns more than 10% of the stock of Plaintiff ABS-CBN Corporation.

Dated: February 10, 2020                Respectfully submitted,


By: /s/ *Kevin R. Lussier*
Kevin R. Lussier, Esq.
VEATCH CARLSON, LLP
Attorneys for Plaintiffs
ABS-CBN CORPORATION, a Philippines Corporation, ABS-CBN FILM PRODUCTIONS, INC. d/b/a STAR CINEMA, a Philippines Corporation, and ABS-CBN INTERNATIONAL, a California Corporation