# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABS-CBN CORPORATION, a Philippines Corporation, ABS-CBN FILM PRODUCTIONS, INC. d/b/a STAR CINEMA, a Philippines Corporation, and ABS-CBN INTERNATIONAL, a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>ROMULA ARANETA CASTILLO a/k/a JON CASTILLO, an Individual,<br><br>Defendant. | Case No.: 2:20-CV-01338-CBM<br>Judge: Consuelo B. Marshall<br><br>**CONSENT FINAL JUDGMENT AND PERMANENT INJUNCTION [JS-6]**<br><br>Complaint Filed: February 10, 2020<br>Trial: Not Set |

**CONSENT FINAL JUDGMENT AND PERMANENT INJUNCTION**

**THIS CAUSE** came before the Court upon stipulation of Plaintiffs ABS-CBN Corporation, ABS-CBN Film Productions, Inc. d/b/a Star Cinema, and ABS-CBN International ("Plaintiffs") and Defendant Romula Araneta Castillo a/k/a Jon Castillo, an Individual ("Defendant"), through their counsel of record, for entry of a Consent Final Judgment and Permanent Injunction (the "Stipulation"). The Court,

having reviewed the Stipulation, and good cause appearing therefor, orders, decrees, and enters judgment as follows:

**WHEREAS**, Plaintiffs allege that Defendant engaged in the importation, modification, promotion, distribution, offers for sale, and/or sale of unauthorized equipment designed to access ABS-CBN's protected communications and circumvent ABS-CBN's technological access control measures, ultimately allowing the free viewing of ABS-CBN's copyrighted content (the "Pirate Equipment");

**WHEREAS**, the parties desire to resolve this action and have agreed to resolve this dispute in conformance with the entry of this Consent Judgment and Permanent Injunction;

Accordingly, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. Final Judgment is entered in favor of Plaintiffs and against Defendant on all Counts of the Complaint.

2. Defendant and his officers, agents, servants, employees and attorneys, and all persons in active concert and participation with them are hereby permanently restrained and enjoined from:

    A. Manufacturing, modifying, trafficking in, possessing, importing, advertising or promoting, distributing, selling, or offering to sell any illegal equipment or devices which perform and/or distribute ABS-CBN's copyrighted content without authorization from ABS-CBN;

    B. Interfering with ABS-CBN's propriety rights to its copyrighted content and distribution services;

    C. Intercepting, receiving, divulging, publishing, and/or displaying ABS-CBN's copyrighted content without prior written consent of ABS-CBN;

    D. Any unauthorized infringement of ABS-CBN's intellectual property rights, including but not limited to ABS-CBN's

       copyrighted content;

  E. Secreting, destroying, altering, removing, or otherwise dealing with the unauthorized equipment and services or any books or records which contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting or displaying of all unauthorized services and equipment that infringe ABS-CBN's copyrighted content; and

  F. effecting assignments or transfers, forming new entities or associations or utilizing any other equipment or service for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs (A) through (E).

3. Statutory damages pursuant to 47 U.S.C. § 605:

  A. Award Plaintiffs damages of $500,000.00 against Defendant pursuant to 47 U.S.C. § 605.

4. Plaintiffs shall not record or execute upon this Judgment unless Defendant defaults upon a material term of the parties' separately entered Settlement Agreement.

5. Due to the circumstances giving rise to the filing of this action against Defendant, any funds due from Defendant to Plaintiffs in connection with this action constitutes a non-dischargeable debt under Section 523(a)(6) of the United States Bankruptcy Code, Title 11 U.S.C. §101, *et seq*.

6. Plaintiffs shall have the right to seek sanctions for contempt, compensatory damages, injunctive relief, attorneys' fees, costs, and such other relief deemed proper in the event of a violation or failure by Defendant to comply with any of the provisions hereof. The prevailing party in any such proceeding shall be entitled to recover its attorneys' fees and costs.

7. The parties' respective attorney's fees and costs incurred in connection with this action shall be borne as per the separately executed settlement agreement of the parties.

8. This Court will retain continuing jurisdiction over this cause to enforce the terms of this Consent Final Judgment and Permanent Injunction.

**IT IS SO ORDERED, ADJUDGED, AND DECREED** on this 19TH day of OCTOBER , 2020.

_____
**HON. CONSUELO B. MARSHALL**
**UNITED STATES DISTRICT JUDGE**